

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 1 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 9th day of March, 2018, the cause on appeal to revise or reverse the judgment between

LARRY DAVIS, Appellant

No. 05-17-00897-CV     V.

CWL INVESTMENT COMPANY D/B/A BUCKINGHAM COURTS APTS., Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-17-03232-A.
Opinion delivered by Chief Justice Wright, Justices Evans and Brown participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 21st day of May, 2018.

LISA MATZ, Clerk